# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

**IN RE**

**OTIS BOYD DAVIS**  **CASE NO. 18-50225**
**SABRINA CARTER DAVIS**

**DEBTOR(S)**

## ORDER

The amendment [ECF No. 13], filed with the Court on February 19, 2018, is defective as presented for the reason(s) checked below:

- ☐ Not executed under penalty of perjury by the Debtors as required by FED. R. BANKR. P. 1008.

- ☒ No Certificate of Service as required by FED. R. BANKR. P. 1009.

- ☐ No case caption as required by FED. R. BANKR. P. 9004(b).

- ☐ The amendment needs to be accompanied by a separate mailing list pursuant to E.D. Ky. LBR 1009-1.

- ☐ No certificate of service of amendment to styling on each creditor listed in the schedules.

- ☐ Failure to serve a necessary party.

- ☐

It is ORDERED that the Debtor(s) file amended document(s) on or before 14 days from the date of this Order unless the Court for cause shown extends the period. Failure to comply with this Order may result in the dismissal of this case or the withholding of the discharge of the Debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, February 20, 2018
(nbw)