UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

OTIS BOYD DAVIS                                            CASE NO. 18-50225
SABRINA CARTER DAVIS

DEBTOR(S)

## ORDER

Upon consideration of the Motion to Redact/Restrict Public Access [ECF No. 29] filed by the debtors,

It is ORDERED that the Clerk restrict public access to claim number 10.

It is further ORDERED that movant shall file a replacement claim or document within 14 days from the entry of this Order that contains the necessary redactions pursuant to FED. R. BANKR. P. 9037.  Failure to timely file a replacement document may lead to sanctions.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, April 03, 2018
(grs)