# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:
OTIS BOYD DAVIS
SABRINA CARTER DAVIS
DEBTORS                                                 CASE NO. 18-50225


TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED amended plan filed February 20, 2018, Doc. 19

1.      The plan is not feasible. Ditech Financial LLC filed a proof of claim for mortgage

arrearages in an amount higher than estimated in the plan. [POC 8-1]. Premier Acceptance filed a

proof of claim for an amount higher than scheduled. The Premier Acceptance claim is not subject

to valuation under § 506 and must be paid in full. Appropriate action is necessary to address

these claims, such as amending the plan, filing objections to the claims, or filing appropriate

motions.

2.      Debtors are not paying all monthly net income toward plan payments and the plan

does not pay all claims in full. *See* 11 U.S.C. § 1325(b)(1).

    a.  According to pay documents provided by Debtors, the gross income of both
        appears understated on Schedule I; his is under reported by more than $935.00
        and hers under reported by more than $815.00. Amend Schedule I to reflect an
        accurate amount for each debtor's earnings or provide an explanation for the
        difference between the pay documents and the schedule.

    b.  Schedule J shows $1,156.38 available to fund a plan, but the plan payment
        is $881.83. Amend the plan to pay all claims in full or contribution all disposable
        income toward plan payments.

    c.  Debtors budget $400.00 as a monthly expense for entertainment. This amount
        more than doubles the expense for families in chapter 13 plans in this jurisdiction.
        Amend the budget to reduce the expense and the plan to increase the plan
        payment accordingly.

    d.  Debtors testified that payments on student loans are not currently due. The budget
        includes a $200.00 expenses for payments on student loans that the debtors are

not paying. Amend Schedule J to delete this expense and the plan to increase the plan payment accordingly. If student loan payments are projected to start during the plan term, reduce the plan payment by the anticipated amount of the student loan payment the month the payments are slated to begin.

3.      As Debtors amend Schedule I to report the increased income and Schedule J to

reduce expenses, amend the plan to increase plan payments consistent with any increase in

disposable income

Beverly M. Burden, Chapter 13 Trustee

By:      /s/ Cheryl E. James
          Cheryl E. James,
          Attorney for Trustee
          Ky. Bar ID:  88883
          P.O. Box 2204
          Lexington, KY 40588-2204
          (859) 233-1527
          notices@ch13edky.com

## CERTIFICATE OF SERVICE

The foregoing was served via ECF on Brian T. Canupp, Esq. on May 15, 2018.

Beverly M. Burden, Chapter 13 Trustee

By:      /s/ Cheryl E. James
          Cheryl E. James,
          Attorney for Trustee